IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESE DOUGHTERTY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VALLEY FORGE MILITARY ACADEMY, | : | |
| | : | |
| Defendant. | : | No. 13-2967 |

**AND NOW, TO WIT:** This 30th day of October, 2013, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


BY:     S/Rose A. Barber
Rose A. Barber
Deputy Clerk


Copies sent by ECF to:
Ari Risson Karpf
George B. Randolph
Jeremy M. Cerutti
Katie A. Pilgren